# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

JAMES HANCOCK, MD
Plaintiff

v.

QSC ADMIN LLC
Defendant

4:25-cv-00543-O

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff James Hancock, MD

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

NONE

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

QSC Admin LLC

Date: _5/22/25_____

Signature: _/s/ Russell D. Cawyer____

Print Name: _Russell D. Cawyer_____

Bar Number: _00793482_____

Address: _201 Main Street, Suite 2500_

City, State, Zip: _Fort Worth, TX  76102_____

Telephone: _817-878-3562_____

Fax: _817-335-2820_____

E-Mail: _russell.cawyer@kellyhart.com_

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.